# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Macarthur Wheeler                                          Docket No. 95-49

### Petition on Supervised Release

COMES NOW Belinda M. Ashley, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Macarthur Wheeler, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 5th day of January 1996, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $150 special assessment.
- The defendant shall not posses a firearm, ammunition, destructive device, or any other dangerous weapon.
- The defendant shall pay restitution to Mellon Bank in the amount of $5,200.00, to be paid no later than the termination of the defendant's period of supervised release.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer.
- The defendant shall provide the probation officer with access to any requested financial information.

| | |
|---|---|
| 01-05-96: | Bank Robbery, Armed Bank Robbery and Use of a Firearm During the Commission of a Felony; 270 months' imprisonment, followed by 5years' supervised release. |
| 10-08-04: | Order signed; Judge Lancaster; Sentenced reduced to 135 months. |
| 08-13-07: | Released from custody; Currently supervised by U.S. Probation Officer Rosa Doherty. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has paid a total of $2,728.30 toward restitution. The current balance is $2,471.70. The defendant understands that the outstanding balance remains his obligation but he has also demonstrated an inability to pay based on limited financial resources and various medical issues. It appears appropriate to permit the case to close as scheduled on August 12, 2012, with an outstanding restitution balance.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 95-49 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

ORDER OF COURT

Considered and ordered this _____ day of _____, 2012___ and ordered filed and made a part of the records in the above case.

_____
Gary L. Lancaster
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 27, 2012

_Romona Clark_ (signature)
_____
Romona Clark
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania